# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI FILED
2021 OCT 13 P 1:34

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

KELLY RAINEY, PRO. SE

STEPHEN C. DRIES
U.S. MAGISTRATE JUDGE

v.

(Full name of defendant(s))

Case Number:

**21-C-1185**

(to be supplied by Clerk of Court)

INV. Jesse Lewis, A. Castillo, Sheriff Christopher Schmaling, J. Chiapde, R. Ragery, J. Muller, Vandervest, Donald E, Sgt. K. Dobesh, R. Christman, S. Radtke,

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __3228 Vera Ct Mount Pleasant, WI 53403__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __INV. Jesse Lewis__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__

Complaint – 1

(State, if known)

and (if a person) resides at <u>Racine County,</u>

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for <u>Racine County Sheriffs Office,</u>

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff KELLY Rainey, alleges on date August 14, 2019. INV. Jesse Lewis, Affidavit and search warrant demonstrated a Reckless disregard for the truth and an intent to mislead magistrate who Reviewing the search warrant, Plaintiff Kelly Rainey, believes those statements were misleading and demonstrate a Reckless disregard for the truth. However, Plaintiff Kelly Rainey, knows that the C.I.'s melody J. Rose statements about what happened are not supported by the video, The Reports and Videos from July 31, August 12, August 13, were false statements, INV. Jesse Lewis, Report of this alleged controlled buy on Purchase of controlled substances from Plaintiff KELLY Rainey, Residence at 3228 VERN ct. in Rhein county, There were no Recorded phone calls or text

Complaint – 2

messages demonstrating no conversation about drugs between the Ci's melody J. Rose, and plaintiff Kelly Rainey, In addition, plaintiff KELLY RAINEY, were not home at the time of the alleged drug-dealing," However," The affidavit indicated that the Ci's melody J. Rose purchased this substance as crack cocaine from plaintiff Kelly Rainey, but Inv. Jesse Lewis, fails to state that the Ci, s melody J. Rose, statements are totally false., Inv. Jesse Lewis,, knew this was not true,, Inv. Jesse Lewis, Ci, melody J. Rose, And sheriff Christopher Schmaling, framed, forged documents, and fabricated evidence, And statements, plaintiff KellyRAINEY, believes their motive were Retaliation, and discrimination, and false imprisonment, plaintiff Kelly Rainey, because plaintiff Kelly Rainey, had filed a lawsuit against deputy chase forster, for sexual assaulting plaintiff Kelly RAINEY, by fondling plaintiff's KELLY RAINEY, chest and nipple, on december 20, 2017, for the reasons plaintiff Kelly Rainey, have stated above, I have P.T.S.D. major depression, anxiety, Schizophrenia, flashbacks nightmares, plaintiff Kelly Rainey, moves the court to award damages for pain and suffering and the amount of 2.3 million," defendants violation of my Rights guaranteed under the 4th, 5th, and 14th amendments to the united States constitution., CASE NO: 19CF1106,,

C. JURISDICTION

[✓] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Plaintiff Kelly Rainey, will move the court to enter the following orders, To have all law enforcement officials involved fire, Plaintiff Kelly Rainey, seek punitive damages in the amount of 2.3 million, Plaintiff Kelly Rainey, will Testify on oath that everything Plaintiff Kelly Rainey, have stated is truthfully, Plaintiff Kelly Rainey, life matters because Plaintiff Kelly Rainey, have not committed "No" crimes against the state of Wisconsin, Plaintiff Kelly Rainey, seeks Counseling for my metal Health and I seek psychiatrist treatment by taking my psychic meds, and Thank you for your time into this important matter, State case No: 19CF1106,

Complaint – 4

E.  **JURY DEMAND**

I want a jury to hear my case.

☑ – YES  ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __13__ day of __Oct__ 20__21__.

Respectfully Submitted,

_[signature]_
Signature of Plaintiff

__KELLY RAINEY__
Plaintiff's Prisoner ID Number

__3228 Vera Ct.__

__Mount Pleasant, WI 53403__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☐ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☑ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

# RACINE COUNTY SHERIFF'S OFFICE
## COMPLAINT AGAINST PERSONNEL

For Dept. Use Only
FILE NO. ▓▓▓▓▓

COMPLAINANT: KELLY RAINEY  BIRTH DATE: ▓▓▓▓ 1964
HOME ADDRESS: 3228 Vera ct.
CITY/STATE/ZIP: Mount Pleasant, 53403  TELEPHONE: 262-234-8546
EMPLOYER: NO
ADDRESS: ___  EMPLOYER TELEPHONE: ___

WITNESS NAME ___ ADDRESS ___ TELEPHONE ___
WITNESS NAME ___ ADDRESS ___ TELEPHONE ___
WITNESS NAME ___ ADDRESS ___ TELEPHONE ___

INCIDENT CAUSING COMPLAINT:

DATE: 08-14-19  TIME: 4:30  LOCATION: Racine County
NAME OF ACCUSED OFFICER(S): Deputy Lewis, Deputy Forster, Deputy Castillo
IF UNKNOWN, BADGE NUMBER(S): 7496#  VEHICLE NUMBER: ___
DESCRIPTION(S): Framed, Forged Statements, Fabricated Evidence,
NATURE OF COMPLAINT: Illegal Search Warrant, 3228 Vera Ct

I KELLY RAINEY, Have been Accused of alleged drugs dealing, also alleged of Asking a CI, name Melody J. Rose, to Kill Deputy Forster, "Which" KELLY RAINEY Did not do, or Sell Any drugs, to CI, Melody J. Rose, She lied for Money, from Deputy Lewis, KELLY RAINEY, was not charged from the alleged drugs deals from KELLY RAINEY'S, Residence, at 3228 Vera ct, KELLY RAINEY, wants all officers who were involved fire immediately. Please investigate Theses Racine Law officials. Thank you for investigating this important matter.

*(USE ADDITIONAL PAPER IF NEEDED)*

IF MAILING THIS FORM, PLEASE MAIL TO:
RACINE COUNTY SHERIFF'S OFFICE
717 WISCONSIN AVENUE, RACINE, WI 53403

For Dept. Use Only
DATE RECEIVED: ___  RECEIVED BY: ___
DISPOSITION: ___

Sheriff's Signature: ___  Date: ___
Date Citizen Notified of Final Disposition: ?

RASO #C-2▓▓▓▓▓▓▓▓

RECEIVED RACINE COUNTY SHERIFF'S OFFICE 2021 JUN 24 AM 8:38