SCD

Kelly Rainey,
v.
Inv. Jesse Lewis,

CLERK USDC EDWI
FILED
2021 DEC 23 P 1:19

Case No. 21-CV-1185 SCD

Re:
United States District Court
517 E Wisconsin Ave #362
Milwaukee, WI 53202

Clerk of circuit courts,

    Please find documents.

Kelly Rainey   262-234-8546
3128 Vera Ct.
Mount Pleasant, WI 53403

Truly yours,

[signature]

# INMATE REQUEST FOR MENTAL HEALTH OR MEDICAL ATTENTION

**Date/Time:** _____  **Deputy's PR#** 10268

<> INMATES, COMPLETE SHADED AREAS ONLY <>

**Print Full Name:** KELLY RAINEY   **SPN#** 7529?   **Location** D-3

With full knowledge that I will be charged for this service, I request to see the medical staff.

### THE FOLLOWING SECTIONS TO BE COMPLETED BY MEDICAL STAFF ONLY
THE FOLLOWING FEES WILL BE DEDUCTED FROM YOUR COMMISSARY ACCOUNT IF THE SERVICES ARE DEEMED NECESSARY BY THE MEDICAL STAFF. YOU WILL NOT BE DENIED MEDICAL SERVICE IF YOU ARE INDIGENT.

In house medical (DR) visit or X-Rays  $10.00    Prescription Medication  $10.00
Outside medical consultation (ER, Dentist, Rescue)  $15.00    Medical Lab Work  $8.00

Psychiatrist, P.S.N.P.

Please answer the following questions:

Has our Medical or Mental Health office recently examined you for this condition, if so please circle one of the following:

Is your condition:        BETTER      NO CHANGE      WORSE

Do you have a history of diabetes?      YES   NO        High blood pressure?      YES   NO

Seizures?   Yes   NO        Depression or Psychological issues?      YES   NO

Are you currently taking medication?      YES   NO        Do you have meds at home that can be delivered to the jail?   YES   NO      If not, do you want the RCJ to provide medically necessary meds?      YES   NO

## <> INMATE REQUEST FOR MEDICAL ATTENTION <>
I request to see the medical staff for the following reason:

<> INMATE: Please explain Briefly the nature of illness or other complaint: <>

I not feel't like I'm at the point where I wanna"
I don't know what, and I hear voice myself, how much more can I take, thought, I keep telling myself I may give up, I can't find that thing want get any better, cause I keep having flashbacks of foster sexual assault to me at KCDC Austin, I was locked in the room laughing at me, "Please help me!!"

**Inmate Signature:** ___    **Date** 12/10/20

Medical care of prisoners will be as per ss 53.38, Wisconsin Statues and as per County Resolution.
**Medical Office Notes on Back (yellow form)**

Date:        Time:        Nurse signature:

Seen 12/15/20

RASO J-27A
**White-Medical File**    **Yellow-Medical Response/Billing**    **Pink-Inmate**

**INMATE REQUEST / COMPLAINT**

| RAINEY | KELLY | | 11/9/20 |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | DATE |
| 75a9c? | D 4 | A, B, C, D, | |
| SPN. NUMBER | CELL#/FLOOR# | WING | |

I KELLY RAINEY is having the internal investigation without... I have enough evidence that I can show... Rainey... through the... of... the Law Firm, myers, officers, and deputys, However, A failure to act promptly... determine who... and why Kelly Rainey is Racially profiled, However, it... on the ongoing investigation proves... it... ET, was Racially discrimination against... by outside... Kelly Rainey... against...

RECEIVED BY DEPUTY / CLERK SIG & PR #     DATE

RASO – J45 (REV 5/11)

1063?

**INMATE REQUEST / COMPLAINT**

| | | | |
|---|---|---|---|
| RAINEY | KELLY | | 11/9/00 |
| LAST NAME | FIRST NAME | MIDDLE NAME | DATE |
| 75296# | K-4 | A, B, C, D, | |
| SPN. NUMBER | CELL# / FLOOR# | WING | |

Law officials silence and is also the Hut's with interference and obstruction of Justice, I Kelly Rainey, wants all the Law officials involved suspended, A.S.A.P., a failure to take action now, I Kelly Rainey, will be filing a Civil Rights Lawsuit on Racine County Law officials for [illegible] claims for punitive damages in an amount of [illegible] million [illegible], plus costs, attorney fees, and violation of federal Law 893. We must [illegible]. Chris [illegible] Kelly Rainey, [illegible]

RECEIVED BY DEPUTY / CLERK SIG & PR #

DATE 11/9/00 X J639

RASO – J45 (REV 5/11)